RECEIVED
USDC, WESTERN DISTRICT OF LA
TONY R. MOORE, CLERK
ALEXANDRIA, LOUISIANA
DATE 9/14/11
BY _____

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

ALEXANDRIA DIVISION

| | |
|---|---|
| GEORGE COMMETA JACOBS,<br>Petitioner | CIVIL ACTION<br>SECTION "P"<br>1:10-CV-01125 |
| VERSUS | |
| WARDEN, LOUISIANA STATE<br>PENITENTIARY,<br>Respondent | JUDGE TRIMBLE<br>MAGISTRATE JUDGE JAMES D. KIRK |

## JUDGMENT

For the reasons contained in the Report and Recommendation of the Magistrate Judge previously filed herein, noting the absence of objections thereto, and concurring with the Magistrate Judge's findings under the applicable law;

IT IS ORDERED that JACOBS IS GRANTED A CONDITIONAL WRIT OF HABEAS CORPUS and HE IS DISCHARGED FROM CUSTODY UNLESS THE STATE OF LOUISIANA RETURNS HIM TO THE NINTH JUDICIAL DISTRICT COURT, RAPIDES PARISH, LOUISIANA, FOR REARRAIGNMENT WITHIN 60 DAYS after the date of this Court's judgment.

THUS ORDERED AND SIGNED in Chambers at Alexandria, Louisiana, on this 14th day of September, 2011.

JAMES T. TRIMBLE, JR.
UNITED STATES DISTRICT JUDGE